CLD-335

August 9, 2007

## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. 07-2915

IN RE: JAMES G. BROWN

U. S. DISTRICT COURT - DE
MISC. CASE # 07-160

Present: RENDELL, SMITH AND JORDAN, CIRCUIT JUDGES

Submitted is petitioner's application pursuant to 28 U.S.C. § 2244 to file a second or successive habeas corpus petition and attachments;

in the above-captioned case.

Respectfully,

Clerk

MMW/CAD/pdb

_____O R D E R_____

The foregoing application under 28 U.S.C. § 2244 for leave to file a second or successive petition under 28 U.S.C. § 2254 is denied because none of Appellant's claims rely on a "new rule of constitutional law" or a previously unavailable factual predicate. See § 2244(b)(2).

By the Court,

/s/ Kent A. Jordan
Circuit Judge

Dated: August 22, 2007
PDB/cc: Mr. James G. Brown
       Atty Gen DE

OFFICE OF THE CLERK
**MARCIA M. WALDRON**   **U**NITED **S**TATES **C**OURT OF **A**PPEALS   TELEPHONE
CLERK                  FOR THE THIRD CIRCUIT                             215-597-2995
                       21400 UNITED STATES COURTHOUSE
                       601 MARKET STREET
                       PHILADELPHIA 19106-1790

_____Delaware_____ Clerk of District Court         Date_08/22/07_____

_____In Re: James G. Brown_____ C. of A. No. _07-2915_

_____James G. Brown_____          **U. S. DISTRICT COURT - DE**
   (Appellants)                     **MISC. CASE #  07-160**

Enclosures:

____08/22/07_____Certified copy of C. of A. Order by the **Court**
   (Date)

_____ Released (Record) (Supplemental Record - First - Second - Third)

___xxx_____ Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not released at this time until appeal(s) closed at No.(s)_____

_____ Please forward Certified List in Lieu of Record to this office.

_____ The certified copy of order issued as the mandate on___ _____
            is recalled.

                                             ____Pamela Batts____ (267)-299- _4943_
                                             Deputy Clerk        Telephone Number

Receipt Acknowledge:
_E Stuckln_____
   (Name)

_8/24/07_____
   (Date)

                                                              Rev. 3/13/00
                                       Appeals (Certified List in Lieu of Record)